IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JASON R. WARREN                                                                            PLAINTIFF
ADC #137760

V.                                          NO. 4:07cv00020 WRW

RAYMOND MUDGETT, et al                                                                  DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order and this judgment entered thereunder would not be taken in good faith.

IT IS SO ORDERED this 16th day of April, 2007.


       /s/ Wm. R.Wilson,Jr.
    UNITED STATES DISTRICT JUDGE