IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JASON R. WARREN                                                                               PLAINTIFF
ADC #137760

V.                                         4:07CV00020-WRW

RAYMOND MUDGETT                                                                      DEFENDANT

## JUDGMENT

In accordance with the Court's Order entered this date, and pursuant to the order entered May 29, 2007 (docket entry #22), judgment is hereby entered dismissing Plaintiff's complaint in its entirety. This dismissal is without prejudice as to Defendant Mudgett and as to Plaintiff's aggravated assault claim. The dismissal is with prejudice as to Plaintiff's claims against Defendant City of Conway.

IT IS SO ORDERED this 11th day of December, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE